IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JASON KARL BAUSCH, <br><br> Defendant. | CR 16–28–BU–DLC <br><br> ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on March 23, 2017. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Jason Karl Bausch's guilty plea after Bausch appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of possession of firearm

1

not registered in national firearms registration and transfer record in violation of 26 U.S.C. §§ 5841, 5845(a), 5861(d), and 5871 (Count II), as set forth in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Count I of the Indictment. Defendant further agrees to the forfeiture allegation in the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 40), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Jason Karl Bausch is adjudged guilty as charged in Count II of the Indictment.

DATED this 18th day of April, 2017.

_____
Dana L. Christensen, Chief District Judge
United States District Court