IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON KARL BAUSCH,<br><br>Defendant. | CR 16–28–BU–DLC<br><br><br>ORDER |

The United States has filed an Unopposed Motion for Dismissal of Forfeiture Proceedings. Finding good cause appearing,

IT IS ORDERED that the motion (Doc. 43) is GRANTED. The forfeiture action in the above-captioned case is DISMISSED WITH PREJUDICE.

DATED this 17th day of May, 2017.

Dana L. Christensen, Chief Judge
United States District Court

-1-