IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

**FILED**

JUL 1 0 2017

Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON KARL BAUSCH,<br><br>Defendant. | CR 16–28–BU–DLC<br><br><br>ORDER |

Upon motion by the United States of America, and finding good cause appearing;

IT IS ORDERED that the United States' motion (Doc. 57) is GRANTED. The United States may file Exhibits 1, 2, and 3 to its response to defendant's sentencing memorandum under seal.

IT IS FURTHER ORDERED that the United States shall file Exhibits 2 and 3 conventionally due to the fact they are video and audio recordings.

DATED this 10th day of July, 2017.

Dana L. Christensen, Chief Judge
United States District Court