IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

FILED
APR 30 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON KARL BAUSCH,<br><br>Defendant. | CR 16–28–BU–DLC<br><br>ORDER |

Before the Court is the United States's Motion to Quash Warrant. (Doc. 77.)

IT IS ORDERED that the motion (Doc. 77) is GRANTED. The Warrant for Arrest issued January 24, 2019 is QUASHED.

DATED this 30th day of April, 2019.

*[signature]*

Dana L. Christensen, Chief District Judge
United States District Court